COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.  SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

| | |
|---|---|
| MARIBELLE PEDROSA,<br><br>Plaintiff<br><br>v.<br><br>GENESIS HEALTHCARE, LLC, SUNBRIDGE HEALTHCARE, LLC, both d/b/a MILFORD CENTER,<br><br>Defendants. | Civil Action No. 16-00185-A |

## NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants Genesis Healthcare LLC and Sunbridge Healthcare, LLC hereby give notice to the Superior Court of Worcester County, Massachusetts, and the attorneys for Plaintiff Maribelle Pedrosa that on March 10, 2016, Defendants filed a Notice of Removal, thereby removing this Action to the United States District Court for the District of Massachusetts. A copy of the Notice of Removal reflecting ECF filing is attached to this Notice.

Respectfully submitted,

GENESIS HEALTHCARE, LLC, SUNBRIDGE AND HEALTHCARE, LLC,

By their attorneys,

_/s/ Ilisa S. Clark_

Ilisa S. Clark (BBO No. 558672)
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110
(617) 378-6000 (t)
(617) 737-0052 (f)
isclark@littler.com

Dated: March 10, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2016, a true and accurate copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and sent via first class mail to unregistered participants, including the attorney of record for plaintiff:

Burton E. Rosenthal, Esq.
James A.W. Shaw, Esq.
Paige W. McKissock, Esq.
SEGAL ROITMAN, LLP
111 Devonshire Street, 5th Floor
Boston, MA  02109

_____
Ilisa S. Clark

Firmwide:139199317.1 050738.1228