UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIBELLE PEDROSA,<br><br>        Plaintiff<br><br>    v.<br><br>GENESIS HEALTHCARE, LLC, SUNBRIDGE HEALTHCARE, LLC, both d/b/a MILFORD CENTER,<br><br>        Defendants. | Civil Action No. |

**DEFENDANT GENESIS HEALTHCARE LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3(A), Defendant Genesis HealthCare LLC ("Defendant"), by its undersigned counsel, states that no publicly traded entity has direct ownership in Defendant; however, Genesis Healthcare, Inc., a publicly traded entity has an indirect ownership interest in Defendant.

        Respectfully submitted,

        GENESIS HEALTHCARE LLC,

        By its attorneys,

        /s/ Ilisa S. Clark
        Ilisa S. Clark (BBO No. 558672)
        LITTLER MENDELSON, P.C.
        One International Place, Suite 2700
        Boston, MA 02110
        (617) 378-6000 (t)
        (617) 737-0052 (f)
Dated: March 10, 2016        isclark@littler.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2016, a true and accurate copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and sent via first class mail to unregistered participants, including the attorney of record for plaintiff:

    Burton E. Rosenthal, Esq.
    James A.W. Shaw, Esq.
    Paige W. McKissock, Esq.
    SEGAL ROITMAN, LLP
    111 Devonshire Street, 5th Floor
    Boston, MA  02109

                                                   /s/ Ilisa S. Clark
                                                   Ilisa S. Clark

Firmwide:139198908.1 050738.1228