UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIBELLE PEDROSA,<br><br>      Plaintiff<br><br>  v.<br><br>GENESIS HEALTHCARE, LLC, SUNBRIDGE HEALTHCARE, LLC, both d/b/a MILFORD CENTER,<br><br>      Defendants. | Civil Action No. |

**DEFENDANT SUNBRIDGE HEALTHCARE, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3(A), Defendant Sunbridge Healthcare, LLC ("Defendant"), by its undersigned counsel, states that no publicly traded entity has direct ownership in Defendant; however, Genesis Healthcare, Inc., a publicly traded entity has an indirect ownership interest in Defendant.

                                      Respectfully submitted,

                                      SUNBRIDGE HEALTHCARE, LLC,

                                      By its attorneys,

                                      /s/ Ilisa S. Clark
                                      Ilisa S. Clark (BBO No. 558672)
                                      LITTLER MENDELSON, P.C.
                                      One International Place, Suite 2700
                                      Boston, MA 02110
                                      (617) 378-6000 (t)
                                      (617) 737-0052 (f)
Dated: March 10, 2016           isclark@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2016, a true and accurate copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and sent via first class mail to unregistered participants, including the attorney of record for plaintiff:

Burton E. Rosenthal, Esq.
James A.W. Shaw, Esq.
Paige W. McKissock, Esq.
SEGAL ROITMAN, LLP
111 Devonshire Street, 5th Floor
Boston, MA  02109

/s/ Ilisa S. Clark
Ilisa S. Clark

Firmwide:139198908.1 050738.1228